# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL MCCOY,

    Plaintiff(s),

v.

ARGENIS VALINTIN-REYES, et al.,

    Defendant(s).

Case No.: 2:20-cv-01136-RFB-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 24, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: August 17, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge