ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
1701 W. Charleston Boulevard #200
Las Vegas, Nevada 89102
Telephone:  (702) 870-2400
Facsimile:  (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MCCOY<br><br>    Plaintiff,<br><br>vs.<br><br>ARGENIS VALINTIN-REYES, individually; EAGLE EXPRESS OF AMERICA, INC.; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive<br><br>    Defendants. | CASE NO.: 2:20-cv-01136-RFB-NJK<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 18th day of August, 2020            DATED this 18th day of August, 2020

/s/ John B. Shook                                         /s/ Alan W. Westbrook
JOHN B. SHOOK, ESQ.                              Alan W. Westbrook, Esq.
*Attorney for Plaintiff*                                 *Attorney for Defendants*
SHOOK & STONE, CHTD.                          PERRY & WESTBROOK
710 South Fourth Street                              1701 W. Charleston Blvd, #200
Las Vegas, NV 89101                                 Las Vegas, NV 89102

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  20th day of August, 2020.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of August, 2020, a true and correct copy of the foregoing was served upon the following counsel via the Court's electronic filing and service system:

John B. Shook, Esq.                    Attorney for Plaintiff
Shook & Stone, Chtd.
710 South Fourth Street
Las Vegas, NV 89101


_____/s/ Jonna Linke_____
An Employee of PERRY & WESTBROOK,
A Professional Corporation